IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM BLOUNT,<br><br>Plaintiff<br><br>vs.<br><br>P.A. LESLIE and KIM SMITH,<br><br>Defendants | 1:21-CV-00291-RAL<br><br>RICHARD A. LANZILLO<br>UNITED STATES MAGISTRATE JUDGE<br><br>ORDER ON DEFENDANT'S MOTION TO DISMISS<br><br>ECF NO 29 |

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant Kim Smith's motion to dismiss [ECF No. 29] is granted. The Clerk is directed to terminate Smith from this action.

DATED this 5th day of August, 2022.

BY THE COURT:

_____
RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE